**Opinion issued June 11, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-26-00526-CV

### NO. 01-26-00527-CV

_____

### IN RE CAROL GAFFORD, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

On May 15, 2026, Relator Carol Gafford filed a "Petition for Writ of Mandamus and Emergency Motion to Restore Possession" challenging orders, judgments, and writs issued in (1) a foreclosure action in the 125th District Court of Harris County granting judgment in favor of U.S. National Bank Association, as indenture trustee for the holders of certain mortgage-backed notes, and (2) a subsequent eviction action in the County Civil Court at Law No. 3 of Harris County

granting judgment in favor of HREAL Company, LLC, the purchaser of the property on October 5, 2021 following the foreclosure.[1]

In the foreclosure case, Relator requests that our Court direct the Honorable Kyle Carter, Presiding Judge of the 125th District Court of Harris County, to "vacate all orders entered after February 25, 2021," including (1) the court's March 8, 2021 order granting U.S. Bank's "Motion for New Trial" reinstating and vacating dismissal of the case for want of prosecution, and (2) the court's July 5, 2021 order granting U.S. Bank's "Application for Expedited Foreclosure Under Tex. R. Civ. Proc. 736."[2]

---

[1] The underlying cases are (1) *In re: Order for Foreclosure Concerning 6601 Sands Point Drive 69 Houston, Texas 77074 Under Tex. R. Civ. Proc. 736 and Carol Gafford*, cause number 2019-60176 in the 125th District Court of Harris County, Texas, the Honorable Kyle Carter presiding; and (2) *HREAL Company LLC v. Carol Gafford and/or All Other Occupants of 6601 Sands Point Drive #69 Houston, Tx 77074*, cause number 1190899 in the County Civil Court at Law No. 3 of Harris County, the Honorable LaShawn Williams presiding.

[2] The petition fails to mention that the expedited foreclosure order was previously challenged in a related action filed in the 234th District Court of Harris County: *Ramesh Kapur d/b/a AIC Management, Assignee of Carol Gafford v. U.S. Bank National Association, as Indenture Trustee for the Holders of the CIMTrust 2021-NR2, Mortgage-Backed Notes, Series 2021-NR2, et al.*, Cause No. 24-0733. *See* TEX. R. CIV. P. 736.8(c) ("An order granting or denying the application [for expedited foreclosure] is not subject to a motion for rehearing, new trial, bill of review, or appeal. Any challenge to a Rule 736 order must be made in a suit filed in a separate, independent, original proceeding in a court of competent jurisdiction."). The 234th District Court granted summary judgment validating the foreclosure order. On appeal, the 14th Court of Appeals affirmed the District Court's judgment. *See Kapur v. U.S. Bank Nat'l Ass'n, et al.,* 691 S.W.3d 663 (Tex. App.—Houston [14th Dist.] 2024, pet. denied). The 14th Court's mandate issued on October 9, 2024. The Texas Supreme Court denied a petition for review on December 6, 2024.

In the eviction case, Relator requests that our Court direct the Honorable LaShawn Williams, Presiding Judge of the County Civil Court at Law No. 3 of Harris County, to (1) "restore possession of Relator's homestead and to vacate Writ of Possession executed on August 5, 2025" and (2) vacate the court's July 14, 2025 final judgment and any post-judgment orders.[3]

We deny the petition and all requests for relief contained within the petition. All pending motions, including Relator's "Emergency Motion to Restore Possession," are denied.

**PER CURIAM**

Panel consists of Justices Caughey, Johnson, and Dokupil.

---

[3] The final judgment was appealed to our Court, and we granted voluntary dismissal of the appeal on February 19, 2026. *See Ramesh Kapur d/b/a AIC Management, Assignee of Carol Gafford v. HReal Company LLC*, 01-26-00059-CV, 2026 WL 471752 (Tex. App.—Houston [1st Dist.] Feb. 19, 2026, no pet.). Our mandate issued on May 1, 2026.